```
                  UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF MISSISSIPPI
                        JACKSON DIVISION

BRIGHID McINTIRE, M.D.,
LINDA FINNEGAN, M.D.,
and MARGARET HATTEN, M.D.                              PLAINTIFFS

VS.                              CIVIL ACTION NO. 3:08CV148TSL-FKB

JAMES B. PEAKE,
SECRETARY, DEPARTMENT OF
VETERANS' AFFAIRS                                       DEFENDANT
```

## JUDGMENT ON A JURY VERDICT

This action was tried by a jury with the undersigned presiding, and the jury has rendered a verdict.  Pursuant to the Jury's verdict on August 10, 2010, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) It is ADJUDGED that Defendant is hereby found liable for discriminating against Plaintiffs, Margaret Hatten, M.D. Brighid McIntire, M.D. and Linda Finnegan, M.D., on account of their race, in violation of Title VII of the Civil Rights Act of 1964, as amended;

2) It is further ADJUDGED that Defendant is hereby found liable for discriminating against Plaintiffs, Margaret Hatten, M.D. Brighid McIntire, M.D. and Linda Finnegan, M.D., on account of their gender, in violation of Title VII of the Civil Rights Act of 1964, as amended;

3) It is further ADJUDGED that Defendant is hereby found liable for discriminating against Plaintiffs, Margaret Hatten,

M.D. Brighid McIntire, M.D. and Linda Finnegan, M.D., on account of their national origin, in violation of Title VII of the Civil Rights Act of 1964, as amended;

    4)    It is further ADJUDGED that Defendant is hereby found liable on Plaintiff Margaret Hatten's, M.D. hostile work environment claim;

    5)    It is further ADJUDGED that Defendant is hereby found liable on Plaintiff Brighid McIntire's, M.D. hostile work environment claim;

    6)    It is further ADJUDGED that Defendant is hereby found liable on Plaintiff Linda Finnegan's, M.D. hostile work environment claim;

    7)    It is further ADJUDGED that Defendant is hereby found liable for retaliating against the Plaintiff Margaret Hatten, M.D., for opposing discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended;

    8)    It is further ORDERED that the claim of Plaintiff Brighid McIntire, M.D., of retaliation for opposing discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended, is dismissed with prejudice;

    9)    It is further ORDERED that the claim of Plaintiff Linda Finnegan, M.D., for retaliation for opposing discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended, is dismissed with prejudice;

    10)    It is hereby ORDERED that Defendant shall pay Plaintiff

-3-

Margaret Hatten, M.D., backpay in the amount of $65,634.00, together with post-judgment interest at the rate of 0.28% per annum, and $0 in compensatory damages;

    11)  It is further ORDERED that Defendant shall pay Plaintiff Brighid McIntire, M.D., backpay in the amount of $72,551.00, together with interest at the rate of 0.28% per annum, and $0 in compensatory damages;

    12)  It is further ORDERED that Defendant shall pay Plaintiff Linda Finnegan, M.D., backpay in the amount of $45,566.00, together with interest at the rate of 0.28% per annum, and $0 in compensatory damages;

    and plaintiffs are granted the costs of this cause.

    This the 16th day of August, 2010.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE